COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Ramon Salgado

Appellate case number:   01-14-00328-CR

Trial court case number: 868211

Trial court:              177th District Court of Harris County

On August 18, 2014, appellant filed his Motion for Rehearing. The motion is **DENIED**. All pending motions are dismissed as moot.

It is so ORDERED.

Judge's signature: _/s/_ Rebeca Huddle
                         Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle

Date:  August 28, 2014